ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Kellogg Brown & Root Services, Inc. | ) ASBCA No. 59557 |
| | ) |
| Under Contract No. DAAA09-02-D-0007 | ) |

APPEARANCE FOR THE APPELLANT:        Jason N. Workmaster, Esq.
                                      Covington & Burling LLP
                                      Washington, DC

APPEARANCES FOR THE GOVERNMENT:      E. Michael Chiaparas, Esq.
                                      DCMA Chief Trial Attorney
                                     Srikanti Schaffner, Esq.
                                      Trial Attorney
                                      Defense Contract Management Agency
                                      Carson, CA

## ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice.

Dated:  1 September 2015

LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59557, Appeal of Kellogg Brown & Root Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals